# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM HICKE, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>R.M. GALACIA, INC., dba PROGRESSIVE MANAGEMENT SYSTEMS, INC.,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 14-cv-2290-H-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 7] |

　　　Tom Hicke ("Plaintiff") filed a complaint against R.M. Galacia, Inc. ("Defendant") in state court, alleging violations of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 et seq., and the Federal Fair Dept Collection Practices Act, 15 U.S.C. §1692 et seq. Defendant removed the complaint to federal court on September 29, 2014. (Doc. No. 1.) The parties filed a joint motion to dismiss the action with prejudice on January 2, 2015. (Doc. No. 9.)

//
//
//
//
//

1  The Court, for good cause shown, grants the joint motion to dismiss, and
2  dismisses the action with prejudice. Fed. R. Civ. P. 41(a). Each party shall bear its own
3  costs, expenses, and attorneys' fees.
4  **IT IS SO ORDERED.**
5  DATED: January 6, 2015

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT